**STATE of Missouri, Respondent,**

v.

**Raymond M. MEDELLIN, Jr., Appellant.**

**No. WD 37016.**

Missouri Court of Appeals, Western District.

Aug. 26, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 25, 1986.

Application to Transfer Denied Nov. 18, 1986.

Sean O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and PRITCHARD and DIXON, JJ.

## ORDER

PER CURIAM.

Appeal from jury convictions for assault in the first degree, § 565.050, RSMo 1978, and armed criminal action, § 571.015, RSMo 1978, and sentences of fifteen years and life imprisonment, respectively.

Judgment affirmed. Rule 30.25(b).